Richard S. Busch (SBN 319881)
richard.busch@arlaw.com
Mark L. Block (SBN 115457)
mark.block@arlaw.com
David Niemierzycki (*pro hac vice* forthcoming)
david.niemierzycki@arlaw.com
Andrew H. "Drew" Davis (*pro hac vice* forthcoming)
drew.davis@arlaw.com
ADAMS & REESE, LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470

Jeffrey E. Faucette (SBN 193066)
jeff@skaggsfaucette.com
Martin R. Glick (SBN 40187)
marty@skaggsfaucette.com
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547

*Attorneys for Plaintiffs [listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELVIS PRESLEY ENTERPRISES, LLC; ABG EPE IP LLC; THE LUIGI CREATORE TRUST; THE SUSAN T. ABERBACH REVOCABLE TRUST; THE DECEDENTS EXEMPT TRUST CREATED UNDER THE ANNE-RACHEL ABERBACH FAMILY TRUST; JASON SIMEON ABERBACH; ABILENE MUSIC LLC; KAREN ZIMMERMAN; JANICE MACDOWELL; HELENE KAYE; KAREN KAYE LEE; STEVEN BAUM; MELISSA FERRICK; LORI ZIMMERMAN; and RALEIGH MUSIC PUBLISHING LLC,<br><br>Plaintiffs,<br>v.<br><br>SUNO, INC,<br>Defendant. | Case Number: 3:26-cv-13398-JCS<br><br>**NOTICE OF MANUAL FILING OF DIGITAL MEDIA EXHIBITS (MP4 VIDEOS)**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, Elvis Presley Enterprises, LLC, et al. have manually filed and submitted digital media exhibits pursuant to Civil Local Rule 5-1(a)(4) and the Court's directives.

Due to the technical limitations of the standard CM/ECF system for non-PDF media formats, and in accordance with the 20-file restriction per transmission, these exhibits have been electronically transmitted in eleven (11) distinct batches via the secure, Court-designated Box link.

A complete inventory of the one hundred sixty-four (164) MP4 video files submitted via Box is attached hereto as "**Exhibit A: Master Exhibit Index**."

Pursuant to the Civil Standing Orders of the Honorable Judge Rita F. Lin for filings accompanied by more than eleven (11) attachments, a physical flash drive containing the exact matching set of all one hundred sixty-four (164) MP4 video files has been prepared, labeled with the case information, and will be mailed to Chambers within three (3) court days of this filing.

Dated: November 13, 2026

*/s/ Richard S. Busch*

**ADAMS & REESE, LLP**
Richard S. Busch (SBN 319881)
Mark L. Block (SBN 115457)
David Niemierzycki (*pro hac vice* forthcoming)
Andrew H. "Drew" Davis (*pro hac vice* forthcoming)
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470
richard.busch@arlaw.com
mark.block@arlaw.com
david.niemierzycki@arlaw.com
drew.davis@arlaw.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette (SBN 193066)
Martin R. Glick (SBN 40187)
505 Montgomery Street, 11th Floor

San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

*Attorneys for Elvis Presley Enterprises, LLC; ABG EPE IP LLC; The Luigi Creatore Trust; The Susan T. Aberbach Revocable Trust; The Decedents Exempt Trust Created Under The Anne-Rachel Aberbach Family Trust; Jason Simeon Aberbach; Abilene Music LLC; Karen Zimmerman; Janice Macdowell; Helene Kaye; Karen Kaye Lee; Steven Baum; Melissa Ferrick; Lori Zimmerman; and Raleigh Music Publishing LLC*

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| EXHIBIT NO. | BOX FILE NAME | DESCRIPTION OF VIDEO CONTENT |
|---|---|---|
| | **BATCH 1 (EXHIBITS A-01 – A-05)** | |
| Exh. A-01 | "Elvis Presley - Blue Suede Sin Medley" Suno Output.mp4 | NIL & Copyright Recording |
| Exh. A-02 | "Can't Help Falling in Love (Cover)" Suno Output.mp4 | NIL & Copyright Recording |
| Exh. A-02A | Remix "Can't Help Falling in Love (Cover)" Suno Output.mp4 | NIL & Copyright Recording |
| Exh. A-03 | "Elvis Presley - Blue Suede Sin Medley #2" Suno Output.mp4 | NIL & Copyright Recording |
| Exh. A -04 | "Elvis Presley – Blue Suede Sin Medley #3" Suno Output.mp4 | NIL & Copyright Recording |
| Exh. A-05 | "Can't Help Falling In Love" Suno Output.mp4 | NIL & Copyright Recording |
| | **BATCH 2 (EXHIBITS B-01 – B-020)** | |
| Exh. B-01 | "Blue Moon of Kentucky- Elvis" Suno Output.mp4 | NIL Recording |
| Exh. B-02 | "Elvis in The Jailhouse Rock" Suno Output.mp4 | NIL Recording |
| Exh. B-03 | "Elvis" Suno Output.mp4 | NIL Recording |
| Exh. B-04 | "Rockin' at Graceland" Suno Output.mp4 | NIL Recording |
| Exh. B-05 | "Eddie Spaghetti!" Suno Output.mp4 | NIL Recording |
| Exh. B-06 | "Why Always Me" Suno Output.mp4 | NIL Recording |
| Exh. B-07 | "Baby, Rock With Me" Suno Output.mp4 | NIL Recording |
| Exh. B-08 | "Just You and Me" Suno Output.mp4 | NIL Recording |
| Exh. B-09 | "When You Walked Into My Life" Suno Output.mp4 | NIL Recording |
| Exh. B-010 | "Kiss Before the Morning" Suno Output.mp4 | NIL Recording |
| Exh. B-011 | "Sweet Talkin' Woman" Suno Output.mp4 | NIL Recording |
| Exh. B-012 | "Rock It, Baby" Suno Output.mp4 | NIL Recording |
| Exh. B-013 | "Only You Couldn't Know" Suno Output.mp4 | NIL Recording |
| Exh. B-014 | "Letters in the Morning" Suno Output.mp4 | NIL Recording |
| Exh. B-015 | "Hmong Girl Swing" Suno Output.mp4 | NIL Recording |
| Exh. B-016 | "Rockin' in the Rain" Suno Output.mp4 | NIL Recording |
| Exh. B-017 | "Stay Awhile" Suno Output.mp4 | NIL Recording |
| Exh. B-018 | "Only You Tonight" Suno Output.mp4 | NIL Recording |
| Exh. B-019 | "Only You Can Heal My Heart" Suno Output.mp4 | NIL Recording |
| Exh. B-020 | "From Graceland to Tennessee" Suno Output.mp4 | NIL Recording |
| | **BATCH 3 (EXHIBITS C-01 – C-013)** | |
| Exh. C-01 | "Forever With You" Suno Output.mp4 | NIL Recording |
| Exh. C-02 | "Crazy Over You" Suno Output.mp4 | NIL Recording |
| Exh. C-03 | "Hold Me Close, My Love" Suno Output.mp4 | NIL Recording |
| Exh. C-04 | "When You Lay Your Head on" Suno Output.mp4 | NIL Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. C-05 | "Living in Las Vegas" Suno Output.mp4 | NIL Recording |
| Exh. C-05a | "Living in Las Vegas" Suno Output.mp4 uploaded to YouTube | |
| Exh. C-06 | "Baby Don't Go" Suno Output.mp4 | NIL Recording |
| Exh. C-07 | "Good Morning My Love" Suno Output.mp4 | NIL Recording |
| Exh. C-08 | "Still I Sing- A Gentle Elvis -Inspired Ballad" Suno Output.mp4 | NIL Recording |
| Exh. C-09 | "Soft as the Rain- A Gentle -Inspired Ballad" Suno Output.mp4 | NIL Recording |
| Exh. C-010 | "Elvis in Palm Springs & Why'd You Say Goodbye" Suno Output.mp4 | NIL Recording |
| Exh. C-011 | "Hold Me Tight (WIP) (Take A0 & Heaven Is In Your Kiss" Suno Output.mp4 | NIL Recording |
| Exh. C-012 | "Zeon of Mine" Suno Output.mp4 | NIL Recording |
| Exh. C-013 | "That's when my heartache beings – reworked" Suno Output.mp4 | NIL Recording |
| **BATCH 4 (EXHIBITS D-01 – D-020)** | | |
| Exh. D-01 | "Can't Help Falling in Love -Elvis Presley" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-02 | "Return to Sender -Elvis Presley" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-03 | "(You're The) Devil in Disguise -Elvis Presley" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-04 | "Elvis Presley Medley Tribute" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-05 | "IF I CAN DREAM" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-06 | "EVO - if i can dream (Motown Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-07 | "EVO - if i can dream (Elvis Presley 68 Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-08 | "EVO – if i can dream (Gospel Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-09 | "EVO – if i can dream (Power Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-010 | "Devil in Disguise" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-011 | "the devil in disguise" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-012 | "Devil in Disguise" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-013 | "Less Conversation" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-014 | "A Little Less Conversation" Suno Output.mp4 | Elvis Copyright Recordings |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. D-015 | "Stand by Me" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-016 | "Elvis loved me [smile emoji]" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-017 | "Only fools" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-018 | "can't help falling in love with you" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-019 | "Falling in Rain" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. D-020 | "Wise men say" Suno Output.mp4 | Elvis Copyright Recordings |
| **BATCH 5 (EXHIBITS E-01 – E-04)** | | |
| Exh. E-01 | "Let's Twist Again" Suno Output.mp4 | Raleigh Copyright Recordings |
| Exh. E-02 | "Let's twist again" Suno Output.mp4 | Raleigh Copyright Recordings |
| Exh. E-03 | "Through the Valley" Suno Output.mp4 | Raleigh Copyright Recordings |
| Exh. E-04 | "Let's Rave" Suno Output.mp4 | Raleigh Copyright Recordings |
| **BATCH 6 (EXHIBITS G-01 – G-020)** | | |
| Exh. G-01 | "CAN'T HELP FALLING IN LOVE" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-02 | "Falling in Love with You" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-03 | "Can't Help Falling in Love SOFT Rock" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-04 | "Can't Help Playing the Lute" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-05 | "falling in love with you" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-06 | "CAN'T HELP FALLING IN LOVE" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-07 | "Love again" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-08 | "Summer Peel - Can't help..." Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-09 | "Wise men say only fools rush in" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-010 | "I'm yours, Wiseman says" Suno Output.mp4 | Elvis Copyright Recordings |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. G-011 | "Can't Help Falling In Love - Elvis Presley Remix Cover 2026" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-012 | "Can't Help Falling In Love (Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-013 | "Can't Help Falling In Love (Cinematic Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-014 | "EP Can't Help Falling In Love - Latin Pop Rock Cover" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-015 | "EP Can't Help Falling In Love - Latin Pop Rock Cover" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-016 | "Can't Help Falling In Love (Cover)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-017 | "can't help falling in love" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-018 | "BYA Reggae Anthem, Title Crimson Devotion Vintage Love (Red Red Wine Flo...)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-019 | "[music notes emoji] Titulo [colon] ''No Puedo Evitar Amarte'' (Remix)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. G-020 | "Metalvis Has Left The Building v9" Suno Output.mp4 | Elvis Copyright Recordings |
| **BATCH 7 (EXHIBITS H-01 – H-08)** | | |
| Exh. H-01 | "Elvis Presley – Can't Help Falling In Love (unofficial Audio)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-02 | " Farther Along" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-03 | "Love me tender" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-04 | "Softly Yours" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-05 | "voice-changer-2026-03-08-10-47.mp3 (Remix)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-06 | "Paralyzed (E. Presley)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-07 | "Return to Sender – Elvis Presley (Remix)" Suno Output.mp4 | Elvis Copyright Recordings |
| Exh. H-08 | "Recording session" Suno Output.mp4 | Elvis Copyright Recordings |
| **BATCH 8 (EXHIBITS I-01 - I-020)** | | |
| Exh. I-01 | "Blue Christmas (Extended Heartfelt Version)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. I-02 | "Well, it's one for the money two for the" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-03 | "Blue Suede Shoes (Cover by And_Re0 ai)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-04 | "Well, it's one for the money two for the" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-05 | "Blue Suede Shoes" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-06 | "Blue Suede Shoes (Elvis Cover)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-07 | "Rock 'n' Roll Party" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-08 | "Hunk of Burning Love x Jump Power Mix" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-09 | "burn" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-010 | "Burning Love – Elvis Presley" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-011 | "Chasing Your Love" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-012 | "Power Off Trance" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-013 | "Today I stumbled from my bed" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-014 | "Today I stumbled from my bed" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-015 | "Good rockin' tonight" Suno Output.mp4 | Non-owned Elvis Copyright Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. I-016 | "you were always on my mind  rnb (Remastered)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-017 | "Maybe I didn't treat you" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-018 | "Always on my mind (Elvis cover)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-019 | "Always on My mind Pet Shop Boys New remix 2025" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. I-020 | "Don't (indie)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| **BATCH 9 (EXHIBITS J01 – J020)** | | |
| Exh. J-01 | "Always On My Mind-Gothic Rock-Altar of Fate-2026" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-02 | "Pet Shop Boys – Always On My Mind (Cover) OldPlay" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-03 | "WONDERFUL WORLD ON MY MIND" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-04 | "DJ ALE3Q feat I.A. -Voce estava en minha mente (Bootleg Pet Shop boys)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-05 | "Hound Dawg (Dub Reggae)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-06 | "Hound Dawg" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-07 | "Hound Dawg" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-08 | "I'll never fall in love again (Cinematic Cover)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-09 | "If We Never Meet Again This Side of Heaven" Suno Output.mp4 | Non-owned Elvis Copyright Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. J-010 | "Poor Boy in the Ghetto" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-011 | "in da geto" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-012 | "Ashes On The Dashboard" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-013 | "Its y jloooo" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-014 | "Elvis Presley_s_It_s_Now_or_Never_Violin_Cover" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-015 | "The warden threw a party in the county j" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-016 | "Jailhouse Rock" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-017 | "Jailhouse Rock" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-018 | "Jailhouse Rock 2" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-019 | "Jailhouse Rock 3" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. J-020 | "Jailhouse Rock Cover – Altus Digital Studio" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| **BATCH 10 (EXHIBITS K-01 - K-020)** | | |
| Exh. K-01 | "Jailhouse Charmaine 1" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-02 | "Jailhouse rock" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-03 | "Jailhouse rock" Suno Output.mp4 | Non-owned Elvis Copyright Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. K-04 | "Jailhouse Rock" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-05 | "Jailhouse Weed" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-06 | "elvis_presley_-_jailhouse rock_-_Remix" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-07 | "poo" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-08 | "Now or Never" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-09 | "mb65 now or never" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-010 | "Love song" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-011 | "THE ROSES (2026 ETERNAL TRIBUTE)] (inspired by Elvis Presley)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-012 | "Train I ride (RST)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-013 | "Somebody bigger than you and I" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-014 | "Surrender – Elvis Presley" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-015 | "We're caught in a trap" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-016 | "ELVIS – SUSPICIOUS MINDS (60S SOUL)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-017 | "Sus Brainz" Suno Output.mp4 | Non-owned Elvis Copyright Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. K-018 | "Suspicious Minds" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-019 | "Suspicious Minds" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. K-020 | "suspicious minds Gipsy" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| **BATCH 11 (EXHIBITS L-01 – L-012)** | | |
| Exh. L-01 | "We're caught in a trap" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-02 | "Suspicious Minds" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-03 | "Suspicious Minds -Elvis Presley" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-04 | "Suspicious Screens" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-05 | "Suspicious Minds" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-06 | "Suspicious Minds – EDM Remix" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-07 | "That's Alright Baby" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-08 | "Love Me (Elvis)" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-09 | "Wonder Of U" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-010 | "Deconstructed Wonder" Suno Output.mp4 | Non-owned Elvis Copyright Recording |
| Exh. L-011 | "Viva Las Vegas" Suno Output.mp4 | Non-owned Elvis Copyright Recording |

**EXHIBIT A: MASTER EXHIBIT INDEX**

***Elvis Presley Enterprises, et al. v. Suno***

| | | |
|---|---|---|
| Exh. L-012 | “Viva Scat Vegas” Suno Output.mp4 | Non-owned Elvis Copyright Recording |